# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1753
LT Case No. 2017-CF-003197-A

_____

STEVEN L. SCHRADER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Matthew R. McLain, of McLain Law, P.A., Longwood, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts J.
Bradford, Jr., Senior Assistant Attorney General, Daytona Beach,
for Appellee.

January 29, 2026


PER CURIAM.

    AFFIRMED.

MAKAR, WALLIS, and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____